1
2
3
4
5
6
7
8

9          UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA

11

12   PEDRO MADRIGAL,                    )   Case No. CV 13-560 PA (MRW)
                                        )
13                   Petitioner,        )
                                        )
14         vs.                          )   ORDER ACCEPTING FINDINGS AND
                                        )   RECOMMENDATIONS OF
15   MATTHEW CATES,                     )   UNITED STATES MAGISTRATE
                                        )   JUDGE
16                   Respondent.        )
     _____   )

17

18         Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on

19   file, and the Report and Recommendation of the United States Magistrate Judge.

20   Further, the Court has engaged in a de novo review of those portions of the Report

21   to which Petitioner has objected.  The Court accepts the findings and

22   recommendation of the Magistrate Judge.

23         IT IS ORDERED that Judgment be entered denying the petition and

24   dismissing this action with prejudice.

25

26   DATE: June 16, 2014              _____

27                                    HON. PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE
28