UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO MADRIGAL, | ) | Case No. CV 13-560 PA (MRW) |
|             Petitioner, | ) ) | |
|      vs. | ) | JUDGMENT |
| MATTHEW CATES, | ) ) | |
|            Respondent. | ) ) | |
| _____ | ) | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: June 16, 2014               _____

                                       HON. PERCY ANDERSON
                                       UNITED STATES DISTRICT JUDGE